# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 22, 2013

## NO. 03-10-00648-CV

### Assignees of Best Buy, OfficeMax, and CompUSA, Appellants

### v.

### Susan Combs, State of Texas Comptroller of Public Accounts, and Greg Abbott, Attorney General of Texas, Appellees

## APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
## AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the appellant's motion for rehearing is denied; that the opinion and judgment dated July 20, 2012, are withdrawn; and that the judgment of the trial court is in all things affirmed. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.